**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | RE: | CHRISTIAN, Clinton ~~Christian~~ Johnson |
| FROM: | Allyse Johnson<br>U.S. Pretrial Services Officer | Docket No.: | 3:25-cr-00~~154~~145-EMC |

Date:    7/11/25

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Allyse Johnson | 415-436-7508 |
|---|---|
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

   A.    Defendant must participate in mental health treatment as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____    July 11, 2025
**JUDICIAL OFFICER**          **DATE**

Hon. Thomas S. Hixson

U.S. Magistrate Judge